*Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for respondent.

No. 253. EUREKA WILLIAMS CORP. *v.* SYNCROMATIC CORPORATION. C. A. 7th Cir. Certiorari denied. *Warren C. Horton* for petitioner. *Harold G. Baker* for respondent.

No. 254. WOODRUFF *v.* BALKCOM, WARDEN. Supreme Court of Georgia. Certiorari denied. *Harry M. Wilson* for petitioner. *Eugene Cook,* Attorney General of Georgia, for respondent.

No. 263. BENT ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *James C. Wilson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *George R. Gallagher* for the United States.

No. 264. AETNA LIFE INSURANCE Co. *v.* PRESTON. C. A. 7th Cir. Certiorari denied. *Vincent O'Brien* for petitioner. *James B. Wescott* for respondent.

No. 281. CAMPBELL ET AL. *v.* BEAVER BAYOU DRAINAGE DISTRICT. Supreme Court of Arkansas. Certiorari denied. *W. G. Dinning, Jr.* for petitioners. *J. G. Burke* for respondent.

No. 91. BATTAGLINO *v.* MARSHALL, SECRETARY OF STATE. C. A. 2d Cir. Acheson, Secretary of State, substituted as the party respondent. Certiorari denied. *Joseph F. Ruggieri* for petitioner. *Solicitor General Perl-*